R. JASON READ, CA State Bar No. 117561
JUNE MONROE, CA State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-mail: Jason@rjlaw.com; june@rjlaw.com

Attorneys for Plaintiff,
DESERT VALLEY DATE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DESERT VALLEY DATE, INC., a corporation,<br><br>  Plaintiff,<br>  v.<br><br>TIDES COMMODITY TRADING GROUP, INC., a corporation; MICHAEL J. PORCARO, an individual; GREGORY V. ZACCARO, an individual,<br><br>  Defendants. | CASE NO. 5:17-cv-01473-PSG-PJW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS TIDES COMMODITY TRADING GROUP, INC. AND GREGORY V. ZACCARO**<br><br>[F.R.C.P. Rule 55(b)(2)]<br><br>**Hearing:  December 18, 2017<br>Time:  1:30 p.m.<br>Courtroom:  6A<br>Judge: Philip S. Gutierrez** |

NOTICE IS HEREBY GIVEN that on December 18, 2017, at 1:30 p.m. in Courtroom 6A of the First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, or any other continued date, that Plaintiff DESERT VALLEY DATE, INC. ("Plaintiff") will and hereby move for default judgment by the Court against Defendants TIDES COMMODITY TRADING GROUP, INC., a corporation and GREGORY V. ZACCARO ("Zaccaro"), an individual (collectively, "Defendants"), in accordance with Federal Rules of Civil Procedure Rule 55(b)(2).

1

This motion is based on the Memorandum of Points and Authorities, the Declarations of R. Jason Read and Gregory Kirkjan filed simultaneously herewith and all exhibits appended thereto, and the pleadings already on file with this Court.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: October 31, 2017        By: */s/ R. Jason Read*
                                    R. JASON READ,
                                    Attorneys for Plaintiff,
                                    DESERT VALLEY DATE, INC.