LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DESERT VALLEY DATE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIDES COMMODITY TRADING GROUP, INC., a corporation; MICHAEL J. PORCARO, an individual; GREGORY V. ZACCARO, an individual,<br><br>Defendants. | CASE NO. 5:17-cv-01473-PSG-PJW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS TIDES COMMODITY TRADING GROUP, INC. AND GREGORY V. ZACCARO**<br><br>[F.R.C.P. Rule 55(b)(2)]<br><br>**Hearing: December 18, 2017**<br>**Time: 1:30 p.m.**<br>**Courtroom: 6A**<br>**Judge: Philip S. Gutierrez** |

Having read and considered Plaintiff's Motion for Default Judgment against Defendants TIDES COMMODITY TRADING GROUP, INC., a corporation and GREGORY V. ZACCARO, an individual ("Defendants") and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ADJUDGED that Plaintiff DESERT VALLEY DATE, INC., is entitled to immediate entry of default judgment against Defendants, as follows, all of

1

which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

(i) Principal in the cumulative amount of $6,872.97;

(ii) Pre-judgment finance charges on the principal balance only to Plaintiff through and including October 31, 2017 in the amount of $2,671.27;

(iii) Attorney's fees to Plaintiff in the amount of $2,020.00;

(iv) Costs to Plaintiff in the amount of $864.58;

(v) Post-judgment finance charges on the principal balance only at the rate of 18% per annum to Plaintiff.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed.R.Civ.P. Rule 54(b) and 55(b)(2).

IT IS SO ORDERED.

DATED: 11/30/17

HON. PHILIP S. GUTIERREZ